# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: FLUOROQUINOLONE PRODUCTS
LIABILITY LITIGATION**
                                      MDL No. 2642

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –19)

On August 17, 2015, the Panel transferred 19 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2015). Since that time, 208 additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable John R. Tunheim.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Tunheim.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of August 17, 2015, and, with the consent of that court, assigned to the Honorable John R. Tunheim.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Nov 30, 2015**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A true copy in ___3___ sheet(s)
of the record in my custody,
CERTIFIED: _11/30_, 20 _15_
Richard D. Sletten, Clerk
BY: _____
Deputy Clerk

CASE 0:MDL-No2642JRT Document 935 Filed 11/30/15 Page 2 of 3
Case 1:15-cv-01244---JLT   Document 6   Filed 11/30/15   Page 2 of 3

IN RE: FLUOROQUINOLONE PRODUCTS
LIABILITY LITIGATION                                    MDL No. 2642

SCHEDULE CTO-19 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**ALABAMA NORTHERN**

| ALN | 2 | 15-01885 | King v. Johnson & Johnson et al |

15cv4235 JRT

**ALABAMA SOUTHERN**

| ALS | 1 | 15-00515 | Mohler v. Johnson & Johnson et al  15cv4236 JRT |
| ALS | 1 | 15-00548 | Diaz v. Johnson & Johnson et al  15cv4238 JRT |

**CALIFORNIA CENTRAL**

| CAC | 8 | 15-01519 | Leslie Palasty v. Johnson and Johnson et al  15cv4239 JRT |

**CALIFORNIA EASTERN**

| CAE | 1 | 15-01244 | Tucker v. Johnson & Johnson, et al.  15 cv4240 JRT |
| CAE | 1 | 15-01657 | Bradshaw v. Johnson & Johnson, et al  15cv4241 JRT |
| CAE | 2 | 15-01694 | Knapp v. Johnson & Johnson et al  15cv4243 JRT |

**CALIFORNIA NORTHERN**

| CAN | 3 | 15-04282 | ~~Buries v. Johnson & Johnson et al.~~ Opposed 11/23/15 |
| CAN | 3 | 15-04295 | ~~Bohannon v. Johnson & Johnson, et al~~ Opposed 11/23/15 |

**COLORADO**

| CO | 1 | 15-02431 | Gardner-Raymond v. Bayer Healthcare Pharmaceuticals, Inc. et al  15cv4246 JRT |

**PENNSYLVANIA EASTERN**

| PAE | 2 | 15-04514 | RAMEY v. JOHNSON & JOHNSON et al |

15cv4249 JRT

**TEXAS NORTHERN**

| TXN | 5 | 15-00210 | Voyles v. Johnson & Johnson et al |

15cv4250 JRT

TEXAS SOUTHERN

TXS        4        15−03117        Laskowski v. Bayer Healthcare Pharmaceuticals, Inc. et al   15cv4251 JRT